NEWTON A. K. BUGBEE, STATE COMPTROLLER, APPELLANT, v. THE BOARD OF FOREIGN MISSIONS OF THE PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA, RESPONDENT.

Argued May 20, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 99.

For the appellant, *Edward L. Kalzenbach.*

For the respondent, *Whiting & Moore.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, GARDNER, MCGLENNON, KAYS, HETFIELD, JJ. 7.

*For reversal*—KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, JJ. 4.

---

NEWTON A. K. BUGBEE, STATE COMPTROLLER, APPELLANT, v. THE BOARD OF HOME MISSIONS OF THE PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA, RESPONDENT.

Argued May 20, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 99.

For the appellant, *Edward L. Katzenbach.*

For the respondent, *Whiting & Moore.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, GARDNER, McGLENNON, KAYS, HETFIELD, JJ. 7.

*For reversal*—KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, JJ. 4.

---

JOSEPH BURSTINER ET AL., APPELLANTS, v. THE CITY OF EAST ORANGE ET AL., RESPONDENTS.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 280.

For the appellants, *Aaron Marder.*

For the respondents, *Walter C. Ellis.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN, KALISCH, BLACK, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.